

# NUMBER 13-15-00351-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE SANDRA AZUA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam [1]**

Relator, Sandra Azua, filed an amended petition for writ of mandamus in the above cause on July 30, 2015. The Court requested that the real parties in interest, Antonio Azua Colchado and Judith Azua, or any others whose interest would be directly affected by the relief sought, to file a response to the petition; however, on August 26, 2015, relator filed a motion to dismiss this cause on grounds that the parties have settled and compromised their differences.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having examined and fully considered relator's motion to dismiss, is of the opinion that the motion should be granted. Accordingly, the Court GRANTS relator's motion to dismiss and DISMISSES this cause as moot without reference to the merits thereof. Pending motions, if any, are likewise DISMISSED AS MOOT. *See* Tex. R. App. P. 52.8(a).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
1st day of September, 2015.